# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | | | **CRIMINAL COMPLAINT** |
|---|---|---|---|
| V. | | | |
| **Anjel Benitez** | | **PRINCIPAL** | Case Number: |
| | YOB: | 1970 | M-18-934-M |
| **United States** | | | |

United States District Court
Southern District of Texas
**FILED**
APR 30 2018
. Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 28, 2018** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact Angel Mardoqueo Garcia-Velasquez and Juan Francisco Canas-Curruchich, both citizens of Guatemala, along with five (5) other undocumented aliens, for a total of seven (7), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Rio Grande City, Texas to the point of arrest near Rio Grande City, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On April 28, 2018, camera operators observed a subject on the phone near the dead end of Trophy Road in Rio Grande City, Texas. This area is commonly used by human smugglers to pick up undocumented aliens and is approximately half a mile north from the Rio Grande River.**

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Approved by AUSA D. Paxton
4/30/18

Signature of Complainant

**Julio C. Peña    Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**April 30, 2018** at **McAllen, Texas**
Date                               City and State

**J Scott Hacker    , U. S. Magistrate Judge**
Name and Title of Judicial Officer            Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-18-934-M

RE: **Anjel Benitez**

**CONTINUATION:**

Camera operators continued scanning the area when they observed a Ford Ranger pickup truck travel south on Trophy Road towards the subject on the phone. At this time, camera operators observed approximately seven suspected undocumented aliens emerge from the brush and run towards the pickup truck. As mobile agents proceeded to the area, camera operators relayed the suspected undocumented aliens boarded the pickup and that it proceeded to travel north.

A mobile agent near the area observed the pickup truck and conducted a vehicle stop by activating his emergency equipment. Agents approached the pickup and observed three subjects laying inside the bed of the pickup. The driver was identified as Anjel Benitez, a United States Citizen. Angel Mardoqueo Garcia-Velasquez, Juan Francisco Canas-Curruchich, and five additional passengers were determined to be illegally present in the United States.

All subjects were placed under arrest and transported to the Rio Grande City Border Patrol Station to be processed accordingly.

**PRINCIPAL STATEMENT:**
Anjel Benitez was read his Miranda Rights. He understood his rights and agreed to provide a sworn statement without the presence of an attorney.

Benitez stated he was in Rio Grande City, Texas to pick up illegal aliens and was to receive $1,000 USD. Benitez claims he has smuggled illegal aliens in the past. Benitez stated he was going to pick up the illegal aliens and transport them to La Rosita, Texas.

**MATERIAL WITNESSES STATEMENTS:**
Angel Mardoqueo Garcia-Velasquez and Juan Francisco Canas-Curruchich were read their Miranda Rights. Both understood and agreed to provide a sworn statement without the presence of an attorney.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-18-934-M

**RE:** **Anjel Benitez**

**CONTINUATION:**

Garcia, a citizen of Guatemala, stated he made smuggling arrangements and was to pay $70,000 (Quetzals). Garcia stated he illegally entered the United States with seven subjects and two guides. Garcia stated they were then guided to a pickup location where they boarded a red vehicle. Garcia stated that when he boarded the vehicle the driver instructed him to take off the jacket and put the seat belt on. Garcia further stated that after they boarded the vehicle they were detained by immigration. Garcia describe the driver of the red vehicle as wearing shorts and having a tattoo on his right leg.

Canas, a citizen of Guatemala, stated his cousin made his smuggling arrangements and was to pay $11,500 (USD). Canas stated he illegally entered the United States with six other people on a raft. Once in the United States, Garcia stated they were guided to the pickup location and instructed to board a red vehicle. Canas stated the group boarded a red vehicle and traveled for approximately one minute before they were detained by immigration. Canas described the driver of the red vehicle as wearing shorts and having a tattoo on his right arm.